**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1321**

———————

CHARLES A. ALLEN,

                              Plaintiff - Appellant,

        versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
01-430-S)

———————

Submitted: May 17, 2001              Decided: May 23, 2001

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles A. Allen, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Charles A. Allen appeals the district court's order dismissing his civil action because the complaint failed to comply with Fed. R. Civ. P. 8(e)(1)'s requirement that it be "simple, concise, and direct." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Allen v. Secretary, Dep't of Health & Human Servs.</u>, No. CA-01-430-S (D. Md. filed Feb. 23, 2001; entered Feb. 26, 2001). However, we modify the dismissal to be without prejudice to Allen's right to file a complaint in compliance with Rule 8. 28 U.S.C. § 2106 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>